**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00278-CV

**CITY OF DALLAS, Appellant**

**V.**

**MILLWEE-JACKSON JOINT VENTURE AND
STEPHEN M. MILLWEE, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-07287-E**

## ORDER

Before the Court is appellant's April 11, 2014 unopposed motion for extension of time to file it motion for rehearing. We **GRANT** the motion. The time to file appellant's motion for rehearing is extended to May 19, 2014.

/s/ JIM MOSELEY
   JUSTICE